KAMALA D. HARRIS
Attorney General of California
HOLLY D. WILKENS
Supervising Deputy Attorney General
CHRISTOPHER P. BEESLEY
Deputy Attorney General
State Bar No. 236193
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2567
 Fax: (619) 645-2581
 E-mail: Christopher.Beesley@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAYFIELD,<br><br>         *Petitioner*,<br><br>v.<br><br>KEVIN CHAPPELL, *Warden*,<br>*California State Prison at San Quentin*,<br><br>         *Respondent*. | **CAPITAL CASE**<br><br>CV 97-3742 FMO<br><br>**NOTICE OF<br>SUPPLEMENTAL<br>LODGMENT** |

   Respondent submits the following document for lodgment with the Court:

///

///

///

45. Petitioner's Informal Reply and Exhibits, filed in the California Supreme Court in Case Number S081000.

Dated: June 19, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
HOLLY D. WILKENS
Supervising Deputy Attorney General

*/s/ Christopher P. Beesley*

CHRISTOPHER P. BEESLEY
Deputy Attorney General
*Attorneys for Respondent*

CPB:swm
SD1997XW0002
80910128.doc

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Mayfield v. Chappell*
No.: CV 97-3742 FMO

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On June 19, 2014, I served the attached **NOTICE OF SUPPLEMENTAL LODGMENT**, *with paper copy of* Lodgment No. 45, by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**EMILY GROENDYKE**
**DEPUTY FEDERAL PUBLIC DEFENDER**
**321 EAST 2ND STREET**
**LOS ANGELES, CA 90012**

*Attorney for Petitioner*
*Dennis Mayfield*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 19, 2014, at San Diego, California.

| STEPHEN MCGEE | *[signature]* |
|---|---|
| Declarant | Signature |

SD1997XW0002
70896142.doc