# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAYFIELD, | Case No. CV 97-3742 FMO |
| Petitioner, | |
| v. | **JUDGMENT (Fed. R. Civ. P. 54(b)**) |
| RON BROOMFIELD, Acting Warden, | |
| Respondent. | |

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the court finds there is no just reason for delaying the entry of final judgment with respect to the claims adjudicated in the Court's Order Re: First Amended Petition for Writ of Habeas Corpus ("Order"). Accordingly, pursuant to the Court's Order, IT IS ADJUDGED that:

1. Petitioner's First Amended Petition for Writ of Habeas Corpus ("Petition") is **granted** with respect to Claim 2. The judgment of conviction in the matter of People v. Dennis Mayfield, Case No. SCR-44261, of the California Superior Court of San Bernardino County, is hereby **vacated**. The State of California shall, no later than 90 days after the entry of this Judgment, either release petitioner or grant him a new trial.

2. The Petition is **denied** with respect to Claims 11, 12, and 39. A Certificate of Appealability is **granted** as to Claim 11 of the Petition, regarding petitioner's sufficiency of the evidence claim. See 28 U.S.C. § 2253(c)(2).

3. Respondent shall forthwith notify the Warden of San Quentin Prison of this court's Judgment.

Dated this 26th day of June, 2020.

/s/
Fernando M. Olguin
United States District Judge