XAVIER BECERRA
Attorney General of California
HOLLY D. WILKENS
Supervising Deputy Attorney General
CHRISTOPHER P. BEESLEY
Deputy Attorney General
State Bar No. 236193
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9161
  Fax:  (619) 645-2191
  E-mail:  Christopher.Beesley@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS MAYFIELD,** | Case No.  CV 97-3742 FMO |
| Petitioner, | **NOTICE OF COMPLIANCE** |
| v. | |
| **RON DAVIS, Warden of California State Prison at San Quentin,** | |
| Respondent. | |

On June 26, 2020, this Court issued an order for the State to either release or grant petitioner a new trial within 90-days of its order, i.e. by September 24, 2000. (ECF No. 326 at 25:1-2.)  The Court further ordered the State to notify the Court within 100 days of its order the manner in which the State complied with its order. (ECF No. 326 at 25:2-4.)  Accordingly, Respondent hereby gives notice that the

/ / /

/ / /

/ / /

1

1  State elected to grant petitioner a new trial and the state criminal proceeding against
2  petitioner commenced in San Bernardino County Superior Court within 90-days of
3  this Court's order.

4  Dated: October 2, 2020                    Respectfully submitted,

   XAVIER BECERRA
   Attorney General of California
   HOLLY D. WILKENS
   Supervising Deputy Attorney General


   ***S/ Christopher P. Beesley***
   CHRISTOPHER P. BEESLEY
   Deputy Attorney General
   *Attorneys for Respondent*

CPB:ab
SD1997XW0002
82543615.docx

# CERTIFICATE OF SERVICE

Case Name:  **Mayfield v. Davis**                    No.  **CV 97-3742 FMO**

I hereby certify that on October 2, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF COMPLIANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 2, 2020, at San Diego, California.

|  |  |
|---|---|
| A. Breault | *aBreault* |
| Declarant | Signature |

SD1997XW0002
82544781.docx