# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MAYFIELD, | Case No. CV 97-3742 FMO |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

In light of the respondent's Notice of Compliance filed on October 2, 2020, (Dkt. 330, Notice of Compliance), IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 16th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge